BRUCE F. SHERMAN  5996
Attorney at Law
A Law Corporation
1164 Bishop Street, Suite 124
Honolulu, Hawaii 96813
Tel:(808) 599-3955/Fax: (808) 599-3944
E-mail: failey52@hawaii.rr.com

Attorney for Plaintiff
JULIETTE PASION

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 19 2006

at 11 o'clock and 30 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JULIETTE PASION,<br><br>       Plaintiff,<br><br>vs.<br><br>ASSOCIATION OF APARTMENT OWNERS OF THE POIPU KAPILI CONDOMINIUM and JOHN or JANE DOES/DOE ENTITIES 1-10<br><br>       Defendants. | CIVIL NO. 04-00396 ACK/KSC<br>(Civil Rights Violation)<br><br><br>PLAINTIFF'S NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES |

PLAINTIFF'S NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES

Comes now the Plaintiff, by and through her attorney of record, Bruce F. Sherman and dismisses the above-captioned action with prejudice as to all claims and parties. This Notice of dismissal is made pursuant to Federal Rules of Civil Procedure Rule 41(a)(1).

ORIGINAL

DATED: Honolulu, Hawaii, _January 18,_ 2006.

                                                          BRUCE F. SHERMAN
                                                          Attorney for Plaintiff
                                                          JULIETTE PASION